# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 307 WAL 2015
                          :

           Respondent    :

                          :    Petition for Allowance of Appeal from
                          :    the Order of the Superior Court

           v.                  :
                          :
                          :

GEORGES SAGE BERLIN,           :
                          :

           Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Mr. Justice Eakin did not participate in the decision of this matter.